FILED

JUL 1 8 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) No.
vs. )
) **4:18CR00615 HEA/PLC**
JAUQUISE HOWARD, )
)
Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 26, 2018, within the Eastern District of Missouri,

**JAUQUISE HOWARD,**

the Defendant herein, did willfully and knowingly make a materially false, fictitious or fraudulent statement or representation regarding a matter within the jurisdiction of the executive branch of the Government of the United States, by misrepresenting to the Bureau of Alcohol, Tobacco, Firearms and Explosives through text communications that people were trying to kill him.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney